UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

WESTERN DIVISION

| | |
|---|---|
| CORINNE ROTHSTEIN, Derivatively on Behalf of AMERICAN ITALIAN PASTA COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY S. WEBSTER, et al.,<br><br>Defendants,<br><br>– and –<br><br>AMERICAN ITALIAN PASTA COMPANY, a Delaware corporation,<br><br>Nominal Defendant. | No. 4:05-cv-00909-ODS<br><br>CERTIFICATION PURSUANT TO COURT ORDER DATED DECEMBER 6, 2005 AND DECLARATION OF RICK BOERSMA IN SUPPORT OF THE FIREFIGHTERS' PENSION SYSTEM OF THE CITY OF KANSAS CITY, MISSOURI TRUST'S REPLY IN SUPPORT OF ITS MOTION FOR CONSOLIDATION OF DERIVATIVE CASES AND APPOINTMENT AS LEAD DERIVATIVE PLAINTIFF |

[Caption continued on following page.]

| | |
|---|---|
| ROLF FASTH, Derivatively on Behalf of AMERICAN ITALIAN PASTA COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY S. WEBSTER, et al., <br><br> Defendants, <br><br> – and – <br><br> AMERICAN ITALIAN PASTA COMPANY, a Delaware corporation, <br><br> Nominal Defendant. | No. 4:05-cv-00928-ODS |
| RONALD CORALLO, Derivatively on Behalf of AMERICAN ITALIAN PASTA COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY S. WEBSTER, et al., <br><br> Defendants, <br><br> – and – <br><br> AMERICAN ITALIAN PASTA COMPANY, a Delaware corporation, <br><br> Nominal Defendant. | No. 4:05-cv-00996-ODS |

[Caption continued on following page.]

| | |
|---|---|
| FIREFIGHTERS' PENSION SYSTEM OF THE CITY OF KANSAS CITY, MISSOURI TRUST, Derivatively on Behalf of AMERICAN ITALIAN PASTA COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM R. PATTERSON, et al.,<br><br>Defendants,<br><br>– and –<br><br>AMERICAN ITALIAN PASTA COMPANY, a Delaware corporation,<br><br>Nominal Defendant. | No. 4:05-cv-1139-W-RED |

I, Rick Boersma, declare:

1. I am the Secretary of the Board of Trustees of the Firefighters' Pension System of the City of Kansas City, Missouri Trust (the "Firefighters' Pension Fund").

2. The Firefighters' Pension Fund respectfully submits this certification in response to the Court's December 6, 2005 Order. I also make this declaration in support of the Firefighters' Pension Fund's Reply in Support of its Motion for Consolidation of Actions and Appointment as Lead Derivative Plaintiff. Except as otherwise stated, I have personal knowledge of the facts stated in this certification and declaration and, if called as a witness, could competently testify to them.

### CERTIFICATION PURSUANT TO DECEMBER 6, 2005 ORDER

3. The Firefighters' Pension Fund has reviewed a shareholders' derivative complaint and authorized its filing.

4. The Firefighters' Pension Fund did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities or any other laws.

5. The Firefighters' Pension Fund is willing to serve as a representative party on behalf of AIPC, including providing testimony at deposition and trial, if necessary.

6. The Firefighters' Pension Fund's purchases and sales of AIPC stock are set forth in the accompanying Exhibit A.

7. During the three years prior to the date of this certificate and declaration, the Firefighters' Pension Fund has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws and/or a shareholder representative in a derivative action filed under state law.

8. The Firefighters' Pension Fund will not accept any payment for serving as a representative party on behalf of AIPC beyond its *pro rata* share of any recovery by AIPC, except

- 1 -

Case 4:05-cv-00909-ODS    Document 49    Filed 12/14/05    Page 4 of 9

such reasonable costs and expenses (including lost wages) directly relating to the representation of AIPC as ordered or approved by the Court.

## DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF FIREFIGHTERS' PENSION FUND'S MOTION FOR CONSOLIDATION OF DERIVATIVE CASES AND APPOINTMENT AS LEAD DERIVATIVE PLAINTIFF

9. The Firefighters' Pension Fund is a public pension fund established in 1953 to administer the pension benefits of hundreds of Kansas City firefighters and their families. The Fund currently has over $395 million in assets under management.

10. The Firefighters' Pension Fund operates under the direction of its Board of Trustees, who are experienced fiduciaries. In addition to knowledgeable in-house staff, the Firefighters' Pension Fund employs outside financial and legal advisors who advise the Fund on shareholder and legal matters. These outside financial and legal advisors and in-house staff all work in combination, assisting the Firefighters' Pension Fund in monitoring all quarterly and annual reports of AIPC and attending shareholder meetings.

11. The Firefighters' Pension Fund has and will continue to work with its advisors to actively manage and direct the conduct of this litigation and the efforts of our outside counsel, Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"). If appointed lead derivative plaintiff, the Firefighters' Pension Fund will remain actively involved in the direction of this litigation.

12. The Firefighters' Pension Fund's selection of Lerach Coughlin as counsel for this case was based in part upon my belief that Lerach Coughlin has the resources and experience to best protect the interests of AIPC in connection with this litigation.

13. Before authorizing the filing of its 207-paragraph, 113-page Complaint, the Firefighters' Pension Fund had its counsel undertake an investigation into AIPC's business practices

- 2 -

Case 4:05-cv-00909-ODS   Document 49   Filed 12/14/05   Page 5 of 9

such reasonable costs and expenses (including lost wages) directly relating to the representation of AIPC as ordered or approved by the Court.

## DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF FIREFIGHTERS' PENSION FUND'S MOTION FOR CONSOLIDATION OF DERIVATIVE CASES AND APPOINTMENT AS LEAD DERIVATIVE PLAINTIFF

9. The Firefighters' Pension Fund is a public pension fund established in 1953 to administer the pension benefits of hundreds of Kansas City firefighters and their families. The Fund currently has over $395 million in assets under management.

10. The Firefighters' Pension Fund operates under the direction of its Board of Trustees, who are experienced fiduciaries. In addition to knowledgeable in-house staff, the Firefighters' Pension Fund employs outside financial and legal advisors who advise the Fund on shareholder and legal matters. These outside financial and legal advisors and in-house staff all work in combination, assisting the Firefighters' Pension Fund in monitoring all quarterly and annual reports of AIPC and attending shareholder meetings.

11. The Firefighters' Pension Fund has and will continue to work with its advisors to actively manage and direct the conduct of this litigation and the efforts of our outside counsel, Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"). If appointed lead derivative plaintiff, the Firefighters' Pension Fund will remain actively involved in the direction of this litigation.

12. The Firefighters' Pension Fund's selection of Lerach Coughlin as counsel for this case was based in part upon my belief that Lerach Coughlin has the resources and experience to best protect the interests of AIPC in connection with this litigation.

13. Before authorizing the filing of its 207-paragraph, 113-page Complaint, the Firefighters' Pension Fund had its counsel undertake an investigation into AIPC's business practices

- 2 -

Case 4:05-cv-00909-ODS   Document 49   Filed 12/14/05   Page 5 of 9

as well as the background and relationships between and among the members of its board of directors, as reflected in the Complaint filed.

14. The Firefighters' Pension Fund is highly motivated to seek and obtain the largest recovery possible on behalf of AIPC and to put into place remedial measures designed to avoid a repeat of the similar misconduct at issue in this case. The Firefighters' Pension Fund believes that it is important that the lawyers in this case be responsible and responsive to an actively involved lead derivative plaintiff in order to avoid lawyer-driven litigation and to ensure that this case is prosecuted solely for the benefit of AIPC. The Firefighters' Pension Fund also believes it is important to streamline the litigation process and ensure that the ultimate decision-making authority in this case rests with the lead derivative plaintiff and not the lawyers.

15. To ensure continuation of its standing to pursue the derivative claims asserted in the Complaint on behalf of AIPC against its wayward fiduciaries, at the time of the commencement of this action the Board of Trustee of the Firefighters' Pension Fund authorized retention of no less than 100 shares of AIPC common stock for the duration of this litigation.

I declare under penalty of perjury under the laws of the United States of America that the facts stated in this certification and declaration are true and correct and that I executed this Certification and declaration on December 13, 2005, at Kansas City, Missouri.

_____
RICK BOERSMA
Secretary, Board of Trustees
Firefighters' Pension System of the City of
Kansas City, Missouri Trust

S:\CasesSD\American Italian Pasta Derivative\CERT00026741-LP Reply.doc

# EXHIBIT A

## SCHEDULE A

## SECURITIES TRANSACTIONS

### Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 10/12/2000 - SD | 2,300 | $21.94 |
| 10/25/2000 - SD | 700 | $23.16 |
| 01/16/2004 - SD | 1,100 | $38.18 |
| 01/20/2004 - SD | 800 | $37.39 |
| 01/23/2004 - SD | 700 | $37.47 |
| 04/19/2004 - SD | 800 | $33.12 |
| 05/03/2004 - SD | 1,300 | $32.29 |
| 11/02/2004 - SD | 900 | $23.11 |
| 11/10/2004 - SD | 2,100 | $20.77 |
| 11/24/2004 - SD | 400 | $19.35 |
| 11/26/2004 - SD | 300 | $19.24 |
| 03/22/2005 - SD | 162 | $26.86 |
| 03/23/2005 - SD | 274 | $26.87 |
| 03/28/2005 - SD | 64 | $26.69 |
| 05/02/2005 - SD | 300 | $24.46 |
| 05/03/2005 - SD | 100 | $23.81 |
| 06/03/2005 - SD | 95 | $23.02 |
| 06/06/2005 - SD | 34 | $22.99 |
| 06/06/2005 - SD | 71 | $23.14 |
| 06/13/2005 - SD | 200 | $22.82 |
| 06/17/2005 - SD | 200 | $22.07 |
| 07/01/2005 - SD | 100 | $21.29 |
| 07/07/2005 - SD | 200 | $21.07 |
| 07/08/2005 - SD | 300 | $20.41 |
| 08/12/2005 - SD | 300 | $20.95 |

### Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 11/29/2000 - SD | 400 | $23.45 |
| 11/30/2000 - SD | 1,300 | $23.97 |
| 12/04/2000 - SD | 1,300 | $22.95 |
| 02/13/2004 - SD | 2,600 | $39.96 |
| 08/02/2004 - SD | 800 | $28.97 |
| 01/31/2005 - SD | 533 | $23.91 |
| 01/31/2005 - SD | 567 | $24.22 |
| 02/01/2005 - SD | 400 | $26.49 |
| 02/03/2005 - SD | 300 | $27.27 |
| 04/05/2005 - SD | 200 | $27.22 |
| 08/12/2005 - SD | 600 | $21.85 |

*Settlement dates are indicated with "SD" attached to the date.

Movant's Purchases and Losses

American Italian Pasta Company

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Kansas City, Missouri Firefighters' Pension System | 10/12/2000 - SD | 2,300 | $21.94 | $50,459.24 | 11/29/2000 - SD | 400 | $23.45 | $9,379.68 | |
| Kansas City, Missouri Firefighters' Pension System | 10/25/2000 - SD | 700 | $23.16 | $16,209.97 | 11/30/2000 - SD | 1,300 | $23.97 | $31,155.14 | |
| Kansas City, Missouri Firefighters' Pension System | 01/16/2004 - SD | 1,100 | $38.18 | $41,992.50 | 12/04/2000 - SD | 1,300 | $22.95 | $29,829.19 | |
| Kansas City, Missouri Firefighters' Pension System | 01/20/2004 - SD | 800 | $37.39 | $29,912.72 | 02/13/2004 - SD | 2,600 | $39.96 | $103,907.25 | |
| Kansas City, Missouri Firefighters' Pension System | 01/23/2004 - SD | 700 | $37.47 | $26,228.37 | 08/02/2004 - SD | 800 | $28.97 | $23,173.13 | |
| Kansas City, Missouri Firefighters' Pension System | 04/19/2004 - SD | 800 | $33.12 | $26,499.04 | 01/31/2005 - SD | 533 | $23.91 | $12,741.90 | |
| Kansas City, Missouri Firefighters' Pension System | 05/03/2004 - SD | 1,300 | $32.29 | $41,977.52 | 01/31/2005 - SD | 567 | $24.22 | $13,733.07 | |
| Kansas City, Missouri Firefighters' Pension System | 11/02/2004 - SD | 900 | $23.11 | $20,801.70 | 02/01/2005 - SD | 400 | $26.49 | $10,596.37 | |
| Kansas City, Missouri Firefighters' Pension System | 11/10/2004 - SD | 2,100 | $20.77 | $43,614.48 | 02/03/2005 - SD | 300 | $27.27 | $8,180.64 | |
| Kansas City, Missouri Firefighters' Pension System | 11/24/2004 - SD | 400 | $19.35 | $7,738.36 | 04/05/2005 - SD | 200 | $27.22 | $5,443.60 | |
| Kansas City, Missouri Firefighters' Pension System | 11/26/2004 - SD | 300 | $19.24 | $5,772.48 | 08/12/2005 - SD | 600 | $21.85 | $13,109.45 | |
| Kansas City, Missouri Firefighters' Pension System | 03/22/2005 - SD | 162 | $26.86 | $4,350.65 | held | 4,800 | $11.72 | $56,262.40 | |
| Kansas City, Missouri Firefighters' Pension System | 03/23/2005 - SD | 274 | $26.87 | $7,361.50 | | | | | |
| Kansas City, Missouri Firefighters' Pension System | 03/28/2005 - SD | 64 | $26.69 | $1,708.37 | | | | | |
| Kansas City, Missouri Firefighters' Pension System | 05/02/2005 - SD | 300 | $24.46 | $7,336.50 | | | | | |
| Kansas City, Missouri Firefighters' Pension System | 05/03/2005 - SD | 100 | $23.81 | $2,381.41 | | | | | |
| Kansas City, Missouri Firefighters' Pension System | 06/03/2005 - SD | 95 | $23.02 | $2,187.10 | | | | | |
| Kansas City, Missouri Firefighters' Pension System | 06/06/2005 - SD | 34 | $22.99 | $781.52 | | | | | |
| Kansas City, Missouri Firefighters' Pension System | 06/06/2005 - SD | 71 | $23.14 | $1,642.85 | | | | | |
| Kansas City, Missouri Firefighters' Pension System | 06/13/2005 - SD | 200 | $22.82 | $4,564.00 | | | | | |
| Kansas City, Missouri Firefighters' Pension System | 06/17/2005 - SD | 200 | $22.07 | $4,413.12 | | | | | |
| Kansas City, Missouri Firefighters' Pension System | 07/01/2005 - SD | 100 | $21.29 | $2,129.00 | | | | | |
| Kansas City, Missouri Firefighters' Pension System | 07/07/2005 - SD | 200 | $21.07 | $4,213.60 | | | | | |
| Kansas City, Missouri Firefighters' Pension System | 07/08/2005 - SD | 300 | $20.41 | $6,123.48 | | | | | |
| Kansas City, Missouri Firefighters' Pension System | 08/12/2005 - SD | 300 | $20.95 | $6,285.00 | | | | | |
| Movant's Total | | 13,800 | | $366,684.48 | | 13,800 | | $317,511.82 | ($49,172.66) |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $11.72 as of August 30, 2005.

Settlement dates are indicated with "SD" attached to the date.